UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER A. GIANOPOULOS, JR. | * | |
| Plaintiff | * | |
| | * | |
| V | * | Civil Action No. 03-12647-DPW |
| | * | |
| BERNARD "BERNIE" MARCUS, | * | |
| ARTHUR BLANK, KENNETH | * | |
| LANGONE, PATRICK FARRAH, | * | |
| ROBERT, "BOB" NARDELLI | * | |
| RICHARD H. SADOWSKI, ESQ., HOME | * | |
| DEPOT, USA, INC., G.A.B. ROBBINS | * | |
| a/k/a/ G.A.B. ROBBINS HOME DEPOT | * | |
| RISK MANAGEMENT DEPARTMENT | * | |
| G.A.B. ROBBINS G.L. UNIT, G.A.B. | * | |
| ROBBINS, INC., G.A.B. ROBBINS | * | |
| NORTH AMERICA, INC. | * | |
| Defendants | * | |

### PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Plaintiff, Peter A. Gianopoulos, Jr., Pro-Se, moving this Honorable Court consider Plaintiffs' IFP status, that he has diligently sought counsel on several occasions, all of whom expressed a clear opinion of defendants liability, due to title of defendants, their financial position, their and the attorneys conduct, expenses and time involved, they do not feel it would be in their best interests to represent Plaintiff.

The Court, not compelled to appoint counsel in civil litigation, but in seeking the ends and interest of justice, should appoint counsel experienced in this type of litigation, independent of any prior association with the litigants, and of sufficient means and character to maintain the action without compromise would be beneficial, not only in reducing costs to the court, but in potentially expediting resolution without need of a trial.

(1)

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court appoint counsel to represent Plaintiff in the above entitled matter.

Respectfully submitted,

*[signature]*

Peter A. Gianopoulos, Jr., Pro-Se

(2)

pgooohd6566