```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

PETER A. GIANOPOULOS, JR.,      )
          Plaintiff,            )
                                )
     v.                         )     C.A. No. 03-12647-DPW
                                )
BERNARD "BERNIE" MARCUS, et al.,)
          Defendants.           )

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion at some future time.

Dated at Boston, Massachusetts, this 4th day of March, 2004.

                              /s/ Douglas P. Woodlock
                              DOUGLAS P. WOODLOCK
                              UNITED STATES DISTRICT JUDGE