UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. GIANOPOULOS, JR. <br> Plaintiff | * <br> * <br> * |
| V | * C.A. NO. 03-CV-12647-DPW <br> * |
| BERNARD "Bernie" MARCUS, et als <br> Defendants | * <br> * |

## MOTION FOR LEAVE TO ISSUE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS AND WAIVER OF SERVICE OF SUMMONS UPON DEFENDANTS

Now comes Plaintiff in the above entitled action, respectfully moving this Honorable Court for Leave to issue Notice Of Lawsuit And Request For Waiver Of Summons, and Waiver Of Service Of Summons upon Defendants. As grounds and in support of same, Plaintiff states as follows.

1. This matter came on for filing on December 29, 2003;

2. IFP status allowed on March 4, 2004;

3. Plaintiff spoke with the Honorable Justice Woodlocks' clerks on several occasions subsequent to March 4, 2004, who advised Plaintiff the action was still in process by the Court;

4. Plaintiff contends his complaint is reasonably clear to an understanding, is concise to a degree that it sufficiently articulates Defendants misconduct, time frames Defendants misconduct occurred, and federal and state statutes violated by the Defendants conduct, and, Plaintiff finds no logical, or reasonable basis for denial, or further delay in issuance of the Notice Of Lawsuit And Request For Waiver Of Summons, and Waiver Of Service

Of Summons upon Defendants.

5.  Plaintiff requests oral presentation of these presents should this Honorable Court desire to mark same up for hearing, with written notice to Plaintiff of date of same.

WHEREFORE, Plaintiff respectfully moves this Honorable Court for Leave to issue Notice Of Lawsuit And Request For Waiver Of Service Of Summons And Waiver Of Service Of Summons upon Defendants.

DATED: August 16, 2004

Respectfully submitted by,

_____
Peter A. Gianopoulos, Jr., Pro-Se

(2)