Ms. Rebecca Greenberg  
Docket Clerk For Judge Woodlock  
United States District Court  
1 Courthouse Way  
Boston, MA 02210

Peter A. Gianopoulos, Jr.  
P.O. Box 3754  
South Attleboro, MA 02703

August 27, 2004

InRe: C.A. #1:03-cv-12647DPW

Dear Ms. Greenberg,

On August 24, 2004, the Court issued Electronic Filing Denying Plaintiffs' motion for leave. The filing states a "Memorandum and Order to show cause why the action should not be dismissed, for reasons stated therein" issued by the Court.

Please be advised, Plaintiff has not received any Memorandum, nor Order to show cause, nor ruling from the Court as to any basis for any dismissal, nor advise to Plaintiff of any time frame in which he is to respond. As such, Plaintiff is unable to respond, at this time, absent these papers relative to the Courts Denial, Memorandum and Order to show cause, nor any possible dismissal.

Kindly provide Plaintiff with a copy of the Courts Memorandum and Order to show cause why the action should not be dismissed, and copy of the current Docket Sheet through to number 8, memorializing these presents upon the docket.

Thank you for your assistance and cooperation in these regards.

Truly,

Peter A. Gianopoulos, Jr., Pro-Se

cc: file  
viihdpg00075