```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


PETER A. GIANOPOULOS, JR.,       )
          Plaintiff,             )
                                 )
     v.                          )     CIVIL ACTION
                                 )     NO.  03-12647-DPW
BERNARD MARCUS, ET AL,           )
ET AL.,                          )
          Defendants.            )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

On August 24, 2004 this Court issued a Memorandum and Order of Dismissal requiring the Plaintiff to show good cause why the case should not be dismissed for the reasons stated therein. On September 21, 2004 the Plaintiff's motion to reconsider was denied. Apart from that motion, to date, no further response to the Memorandum and Order has been received from the Plaintiff.  Accordingly, for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.


                                  BY THE COURT,

                                  /s/Rebecca Greenberg
Dated: October 26, 2004           Deputy Clerk